```
 1  DANIEL J. BRODERICK Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    HERBERT GUSTAVO ARIAS-PINTO
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12
    UNITED STATES OF AMERICA,    ) No. 2:09-cr-461 EJG
13                               )
                   Plaintiff,    )
14                               ) STIPULATION AND ORDER
         v.                      ) CONTINUING CASE AND EXCLUDING
15                               ) TIME
    HERBERT GUSTAVO ARIAS-PINTO  )
16                               ) Date: October 1, 2010
                   Defendant.    ) Time: 10:00 a.m.
17                               ) Judge: Hon. Edward J. Garcia
    _____    )
18
```

19

20      **IT IS HEREBY STIPULATED** by and between Assistant United

21  States Attorney Michele Beckwith, counsel for plaintiff and

22  Assistant Federal Defender Jeffrey L. Staniels, counsel for

23  defendant HERBERT GUSTAVO ARIAS-PINTO that the above matter be

24  dropped from this court's calendar for October 1, 2010, at the

25  request of the defense and be continued until October 29, 2010,

26  for status conference. This continuance is requested in order to

27  permit discussion and consideration of an unresolved sentencing

28  factor not addressed in a pre-plea presentence report from the

1  Probation Office.
2      **IT IS FURTHER STIPULATED** that the time from October 1, 2010,
3  through October 29, 2010, be excluded from computation of time
4  within which the trial of this matter must be commenced under the
5  Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18
6  U.S.C. § 3161(h)(7)(A) & (B)(iv) and  Local Code T-4
7      **IT IS SO STIPULATED**.

Date: September 30, 2010          Benjamin B. Wagner
                                  United States Attorney


                                  /S/ Michele Beckwith
                                  By:  MICHELE BECKWITH
                                  Assistant United States Attorney
                                  Counsel for Plaintiff


Date: September 30, 2010          /S/ Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  HERBERT GUSTAVO ARIAS-PINTO


**O R D E R**


     Based on the above stipulation of the parties, this
matter is ordered to be dropped from the calendar for October 1,
2010, and is ordered to be re-calendared for October 29,2010, at
10:00 a.m.
     Time is excluded from computation of time within which
the trial of this matter must be commenced from October 1, 2010,
through October 29, 2010, pursuant to 18 U.S.C. § 3161(h)(8)(A) &

Stip & Order Continuing Case
and Excluding Time                2

1  (B)(iv) and Local Code T4.
2  **IT IS SO ORDERED.**
3  By the Court,
4
5  Date: September 30, 2010          /s/ Edward J. Garcia
6                                    Hon. Edward J. Garcia
                                     Senior Judge
                                     United States District Court

Stip & Order Continuing Case
and Excluding Time                  3