```
 1  DANIEL J. BRODERICK Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    HERBERT GUSTAVO ARIAS-PINTO
 7

 8

 9                IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12
    UNITED STATES OF AMERICA,    ) No. 2:09-cr-461 EJG
13                               )
                  Plaintiff,     )
14                               ) STIPULATION AND ORDER
         v.                      ) CONTINUING CASE AND EXCLUDING
15                               ) TIME
    HERBERT GUSTAVO ARIAS-PINTO  )
16                               ) Date: October 29, 2010
                  Defendant.     ) Time: 10:00 a.m.
17                               ) Judge: Hon. Edward J. Garcia
    _____)
18
```

19

20   **IT IS HEREBY STIPULATED** by and between Assistant United
21 States Attorney Michele Beckwith, counsel for plaintiff and
22 Assistant Federal Defender Jeffrey L. Staniels, counsel for
23 defendant HERBERT GUSTAVO ARIAS-PINTO that the above matter be
24 dropped from this court's calendar for October 29, 2010, at the
25 request of the defense and be continued until December 10, 2010,
26 for status conference. This continuance is requested in order to
27 permit discussion and consideration of an unresolved sentencing
28 factor not addressed in a pre-plea presentence report from the

Probation Office.

**IT IS FURTHER STIPULATED** that the time from October 29, 2010, through December 10, 2010, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and  Local Code T-4

**IT IS SO STIPULATED.**


Date: October 28, 2010           Benjamin B. Wagner
                                 United States Attorney


                                 /S/ Michele Beckwith
                                 By:  MICHELE BECKWITH
                                 Assistant United States Attorney
                                 Counsel for Plaintiff


Date: October 28, 2010           /S/ Jeffrey L. Staniels
                                 JEFFREY L. STANIELS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 HERBERT GUSTAVO ARIAS-PINTO



**O R D E R**


Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for October 29, 2010, and is ordered to be re-calendared for December 10,2010, at 10:00 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from October 29, 2010, through December 10, 2010, pursuant to 18 U.S.C. § 3161(h)(8)(A)

Stip & Order Continuing Case
and Excluding Time              2

1 | & (B)(iv) and Local Code T4.
2 | **IT IS SO ORDERED.**
3 | By the Court,
4 |
5 | Date: October 29, 2010    /s/ Edward J. Garcia
6 | Hon. Edward J. Garcia
  | Senior Judge
  | United States District Court

Stip & Order Continuing Case
and Excluding Time                3