DANIEL J. BRODERICK Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HERBERT GUSTAVO ARIAS-PINTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-cr-461 EJG |
| ) Plaintiff, ) | |
| ) v. ) ) | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| HERBERT GUSTAVO ARIAS-PINTO ) ) Defendant. ) ) | Date:  December 10, 2010 Time:  10:00 a.m. Judge: Hon. Edward J. Garcia |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele Beckwith, counsel for plaintiff and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant HERBERT GUSTAVO ARIAS-PINTO that the above matter be dropped from this court's calendar for December 10, 2010, at the request of the defense and be continued until December 17, 2010, for status conference. This continuance is requested in order to

permit discussion and consideration of an unresolved sentencing factor not addressed in a pre-plea presentence report from the Probation Office.

**IT IS FURTHER STIPULATED** that the time from December 10, 2010, through December 17, 2010, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and  Local Code T-4

**IT IS SO STIPULATED.**

Date: December 9, 2010          Benjamin B. Wagner
                                United States Attorney


                                /S/ Michele Beckwith
                                By:  MICHELE BECKWITH
                                Assistant United States Attorney
                                Counsel for Plaintiff


Date: December 9, 2010          /S/ Jeffrey L. Staniels
                                JEFFREY L. STANIELS
                                Assistant Federal Defender
                                Attorney for Defendant
                                HERBERT GUSTAVO ARIAS-PINTO


**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for December 10, 2010, and is ordered to be re-calendared for December 17, 2010, at 10:00 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from December 10, 2010,

Stip & Order Continuing Case
and Excluding Time              2

through December 17, 2010, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

By the Court,

Date: December 9, 2010

/s/ Edward J. Garcia
Hon. Edward J. Garcia
Senior Judge
United States District Court

Stip & Order Continuing Case and Excluding Time     3