DANIEL J. BRODERICK Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HERBERT GUSTAVO ARIAS-PINTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:09-cr-461 EJG |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| | ) CONTINUING CASE AND EXCLUDING |
| HERBERT GUSTAVO ARIAS-PINTO | ) TIME |
| Defendant. | ) Date: December 17, 2010 |
| | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Edward J. Garcia |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele Beckwith, counsel for plaintiff and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant HERBERT GUSTAVO ARIAS-PINTO that the above matter be dropped from this court's calendar for December 17, 2010, at the request of the defense and be continued until January 28, 2011, for status conference. This continuance is requested in order to permit further discussion and consideration of an unresolved sentencing factor not addressed in a pre-plea presentence report from the Probation Office.

**IT IS FURTHER STIPULATED** that the time from December 17, 2010, through January 28, 2011, be excluded from computation of

time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and  Local Code T-4

**IT IS SO STIPULATED.**

Date: December 16, 2010                     Benjamin B. Wagner
                                            United States Attorney


                                            /S/ Michele Beckwith
                                            By:  MICHELE BECKWITH
                                            Assistant United States Attorney
                                            Counsel for Plaintiff


Date: December 16, 2010      /S/ Jeffrey L. Staniels
                             JEFFREY L. STANIELS
                             Assistant Federal Defender
                             Attorney for Defendant
                             HERBERT GUSTAVO ARIAS-PINTO

**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for December 17, 2010, and is ordered to be re-calendared for January 28, 2011, at 10:00 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from December 17, 2010, through January 28, 2011, pursuant to 18 U.S.C. § 3161(h)(8)(A) &

Stip & Order Continuing Case
and Excluding Time                  2

1  (B)(iv) and Local Code T4.
2         **IT IS SO ORDERED.**
3                                         By the Court,
4
5  Date: December 16, 2010              /s/ Edward J. Garcia
                                        Hon. Edward J. Garcia
6                                       Senior Judge
                                        United States District Court
7

Stip & Order Continuing Case
and Excluding Time                3