```
DANIEL J. BRODERICK Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HERBERT GUSTAVO ARIAS-PINTO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>           Plaintiff,              )<br>                                    )<br>     v.                             )<br>                                    )<br>HERBERT GUSTAVO ARIAS-PINTO        )<br>                                    )<br>           Defendant.              )<br>_____) | No. 2:09-cr-461 EJG<br><br>STIPULATION AND ORDER<br>CONTINUING CASE AND EXCLUDING<br>TIME<br><br>Date:  January 28, 2011<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele Beckwith, counsel for plaintiff and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant HERBERT GUSTAVO ARIAS-PINTO that the above matter be dropped from this court's calendar for January 28, 2011, at the request of the defense and be continued until February 18, 2011, for status conference. This continuance is requested in order to permit further consultation with the defendant regarding potential resolution and other aspects of defense preparation.

**IT IS FURTHER STIPULATED** that the time from January 28, 2011, through February 18, 2011, be excluded from computation of time within which the trial of this matter must be commenced under the

Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and  Local Code T-4

**IT IS SO STIPULATED.**

Date: January 27, 2011          Benjamin B. Wagner
                                United States Attorney


                                /S/ Michele Beckwith
                                By:  MICHELE BECKWITH
                                Assistant United States Attorney
                                Counsel for Plaintiff


Date: January 27, 2011     /S/ Jeffrey L. Staniels
                           JEFFREY L. STANIELS
                           Assistant Federal Defender
                           Attorney for Defendant
                           HERBERT GUSTAVO ARIAS-PINTO


**O R D E R**


   Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for January 28, 2011, and is ordered to be re-calendared for February 18, 2011, at 10:00 a.m.

   Time is excluded from computation of time within which the trial of this matter must be commenced from January 28, 2011, through February 18, 2011, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

Stip & Order Continuing Case
and Excluding Time                  2

1        **IT IS SO ORDERED.**

2                                         By the Court,

3

4    Date: January 28, 2011              /s/ Edward J. Garcia
                                         Hon. Edward J. Garcia
5                                        Senior Judge
                                         United States District Court
6

Stip & Order Continuing Case
and Excluding Time                 3