1  DANIEL J. BRODERICK Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   HERBERT GUSTAVO ARIAS-PINTO

6

7



**FILED**

FEB 2 3 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  No. 2:09-cr-461 EJG
                                   )
12              Plaintiff,         )
                                   )
13       v.                        )  STIPULATION AND ORDER CONTINUING
                                   )  CASE AND EXCLUDING TIME
14  HERBERT GUSTAVO ARIAS-PINTO    )
                                   )  Date:  February 18, 2011
15              Defendant.         )  Time:  10:00 a.m.
                                   )  Judge: Hon. Edward J. Garcia
16  _____  )

17      **IT IS HEREBY STIPULATED** by and between Assistant United States

18  Attorney Michele Beckwith, counsel for plaintiff and Assistant Federal

19  Defender Jeffrey L. Staniels, counsel for defendant HERBERT GUSTAVO

20  ARIAS-PINTO that the above matter be dropped from this court's calendar

21  for February 18, 2011, at the request of the defense and be continued

22  until March 18, 2011, for status conference. This continuance is

23  requested in order to permit further consultation with the defendant

24  regarding potential resolution and other aspects of defense

25  preparation.

26      **IT IS FURTHER STIPULATED** that the time from February 18, 2011,

27  through March 18, 2011, be excluded from computation of time within

28  which the trial of this matter must be commenced under the Speedy Trial

1  Act, 18 U.S.C. §§ 3161 *et. seq.*, pursuant to 18 U.S.C. § 3161(h)(7)(A)

2  & (B)(iv) and  Local Code T-4.

3       **IT IS SO STIPULATED.**

4

5  Date: February 17, 2011          BENJAMIN B. WAGNER
                                    United States Attorney
6

7
                                    /S/ Michele Beckwith
8                                   By:   MICHELE BECKWITH
                                    Assistant United States Attorney
9                                   Counsel for Plaintiff

10

11  Date: February 17, 2011          /S/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
12                                  Assistant Federal Defender
                                    Attorney for Defendant
13                                  HERBERT GUSTAVO ARIAS-PINTO

14

15                          **O R D E R**

16      Based on the above stipulation of the parties, this matter is

17  ordered to be dropped from the calendar for February 18, 2011, and is

18  ordered to be re-calendared for March 18, 2011, at 10:00 a.m.

19      Time is excluded from computation of time within which the trial

20  of this matter must be commenced from February 18, 2011, through March

21  18, 2011, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local

22  Code T4.

23       **IT IS SO ORDERED.**

24                                  By the Court,

25

26  Date:  February  **17**, 2011          _____
                                    Hon. Edward J. Garcia
27                                  United States District Court

28

**Stip & Order Continuing Case
and Excluding Time**                2