```
 1  DANIEL J. BRODERICK Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    HERBERT GUSTAVO ARIAS-PINTO
 6

 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:09-cr-461 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING |
| v. | ) | CASE AND EXCLUDING TIME |
| | ) | **AS AMENDED**\*\* |
| HERBERT GUSTAVO ARIAS-PINTO | ) | Date:  March 18, 2011 |
| | ) | Time:  10:00 a.m. |
| Defendant. | ) | Judge: Hon. Edward J. Garcia |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele Beckwith, counsel for plaintiff and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant HERBERT GUSTAVO ARIAS-PINTO that the above matter be dropped from this court's calendar for March 18, 2011, at the request of the defense and be continued until ***\*APRIL 1***, 2011, for change of plea or trial setting. This continuance is requested in order to permit further consultation with the defendant regarding potential resolution and other aspects of defense preparation.

**IT IS FURTHER STIPULATED** that the time from March 18, 2011, through ***\*APRIL 1***, 2011, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial

1   Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A)
2   & (B)(iv) and  Local Code T-4.
3         **IT IS SO STIPULATED**.
4
5   Date: March 17, 2011            BENJAMIN B. WAGNER
                                    United States Attorney
6
7
                                    /S/ Michele Beckwith
8                                   By:  MICHELE BECKWITH
                                    Assistant United States Attorney
9                                   Counsel for Plaintiff
10
11  Date: March 17, 2011            /S/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
12                                  Assistant Federal Defender
                                    Attorney for Defendant
13                                  HERBERT GUSTAVO ARIAS-PINTO
14
15                          **O R D E R**
16      Based on the above stipulation of the parties, this matter is
17  ordered to be dropped from the calendar for March 18, 2011, and is
18  ordered to be re-calendared for March 31, 2011, at 10:00 a.m.
19      Time is excluded from computation of time within which the trial
20  of this matter must be commenced from March 18, 2011, through March 31,
21  2011, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code
22  T4.
23        **IT IS SO ORDERED**.
24                                  By the Court,
25
26  Date:  March 17, 2011            /s/ Edward J. Garcia
                                    Hon. Edward J. Garcia
27                                  United States District Court
28

Stip & Order Continuing Case
and Excluding Time                     2